NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**KYLE R. MCKELVEY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7136

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2342, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for an 11-day extension of time, until November 15, 2013, to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

MCKELVEY V. SHINSEKI                                                    2

The motion is granted.


FOR THE COURT


 /s/  Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk


s27